OCT 3 1 2012

IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR JACKSON COUNTY
SMALL CLAIMS DEPARTMENT

PLAINTIFF(s):

Name: Scott Williams

Address: P.O. Box 73

City, State, Zip: TRAIL OR 97541

Telephone number: 541-941-2241

(Inmate ID #, if applicable _____)

CASE NUMBER: "1200026986S"

SMALL CLAIM AND
NOTICE OF SMALL CLAIM

vs.

DEFENDANT(s):

Name: NCB Management Services INC

Address: One Allied Drive

City, State, Zip: Trevose PA 19053

Telephone number: 1-800-828-1110 Ext 143

☐ Defendant is a public body

Name (enter Registered Agent, if necessary, on next page)

Name: _____

Address: _____

City, State, Zip: _____

Telephone number: _____

I, Plaintiff, claim that on or about (date) 12/07/2011, the above-named defendants owed me the sum of $ 1,000 because See Attached _____, and this amount is still due.

| Claim | $ 1,000 |
|---|---|
| Fees | $ 50 |
| Costs | $ |
| TOTAL | $ |

Form 15.010.1a – SMALL CLAIM AND NOTICE OF SMALL CLAIM – UTCR 15.010(1)(a)
Jackson 8/8/12

OJIN CODE: CC

Page 1 of 3



Exhibit A
Page 1 of 5

1. I obtained my consumer credit report from the three major credit reporting agencies and found entries by entities that I was unfamiliar with.

2. After examination of my TransUnion consumer credit report I found that Defendant NCB Management Services had obtained my TransUnion consumer credit report on December 7, 2011.

3. I am a consumer within the meaning of the Fair Credit Reporting Act, 15 U.S.C. § 1681a(c).

4. TransUnion is a credit reporting agency within the meaning of the FCRA, 15 U.S.C. § 1681a(f).

5. Consumer credit report is a consumer report within the meaning of the FCRA, 15 U.S.C § 1681a(d).

6. The FCRA, 15 U.S.C. § 1681b defines the permissible purposes for which a person may obtain a consumer credit report.

7. Such permissible purposes as defined by 15 U.S.C. § 1681b are generally, if the consumer makes application for credit, makes application for employment, for underwriting of insurance involving the consumer, or is offered a bona fide offer of credit as a result of the inquiry.

8. I have never had any business dealings or any accounts with, made application for credit from, made application for employment with, applied for insurance from, or received a bona fide offer of credit from the Defendant NCB Management Services.

9. I sent notice to NCB Management Services of their violations of the FCRA. This was in an effort to reach a settlement for their violations in obtaining my credit report before taking civil action against them.

10. At no time did I give my consent for Defendant to acquire my credit report from any credit reporting agency.

11. The Defendant had a duty to properly ascertain if there was any legitimate permissible purpose before obtaining my credit report and Defendant breached said duty by failing to do so.

12. I demand judgement for damages against Defendant, NCB Management Services, for statutory damages of $1,000.00, any attorney's fees and costs pursuant to 15 U.S.C. § 1681n.

## DECLARATION OF BONA FIDE EFFORT

I, Plaintiff, have made a bona fide effort to collect this claim from the defendants before filing this claim with the court clerk.

I hereby declare that the above statements are true to the best of my knowledge and belief, and that I understand they are made for use in court and I am subject to penalty for perjury.

10/29/2012
Date

*Scott Williams*
Plaintiff Signature

Scott Williams
Plaintiff Name (print)

DEFENDANT'S REGISTERED AGENT:

Kenneth Anderson
Name

1737 N.E. Broadway
Address

Portland OR 97232
City / State / Zip

503-288-5823
Telephone number

Form 15.010.14 – SMALL CLAIM AND NOTICE OF SMALL CLAIM – UTCR 15.010(1)(a)
Jackson 9/8/12

OJIN CODE: CC

Page 2 of 3

Case No. _____

Exhibit A
Page 3 of 5

# NOTICE TO DEFENDANT:

## READ THESE PAPERS CAREFULLY!

Within 14 DAYS* after receiving this notice you *MUST* do *ONE* of the following things in writing, UNLESS there is a Small Claims Agreement between you and the plaintiff filed with the court:

☐ Pay the claim plus filing fees and service expenses paid by plaintiff   (send payment directly to the plaintiff, not to the court) **OR**

☐ Demand a hearing and pay the fee required (below) OR

☐ Demand a jury trial and pay the fee required (below). This option is   available **only** if amount claimed is more than $750.

If you fail to do one of the above within 14 DAYS* after you get this notice, the plaintiff may ask the court to enter a judgment against you. The judgment will be for the amount of the claim, plus filing fees and service costs paid by the plaintiff, plus a prevailing party fee. If you are not able to respond in time because you are in active military service of the United States, talk to a legal advisor about the Servicemembers Civil Relief Act.

JACKSON COUNTY CIRCUIT COURT
100 S. OAKDALE AVE. MEDFORD,
OR 97501

### Defendant's Filing Fees *(must be filled in by the PLAINTIFF)*:

(1) To demand a hearing if the amount claimed is $2,500 or less     $ 50
(2) To demand a hearing if the amount claimed is more than $2,500    $ 90
(3) To demand a jury trial (only if amount claimed is over $750)---   $ 150

If you have questions about filing procedures, go to *www.courts.oregon.gov* for information and instructions, or you may contact the court clerk. The clerk *cannot* give you legal advice about the claim.

---

**\*NOTE:** If the plaintiff is an inmate (ORS 30.642) AND the defendant is a government agency or other public body (ORS 30.260), the defendant must respond within **30 days** after receiving this Notice.

Form 15.010.1a – SMALL CLAIM AND NOTICE OF SMALL CLAIM – UTCR 15.010(1)(a)    Case No. _____
Jackson 8/8/12

OJIN CODE: CC                Page 3 of 3

IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR JACKSON COUNTY
SMALL CLAIMS DEPARTMENT

Scott Williams
_____,
Plaintiff(s)

vs.

NCB Management Services INC.
_____,
Defendant(s)

CASE NUMBER: "1200269865"

DEFENDANT'S RESPONSE

**EACH Defendant must file a separate response** (spouses and Registered Domestic Partners may file a joint response)

☐ **PAYMENT OF CLAIM:**
Proof of payment (including fees and costs) to Plaintiff is attached (or proof that the requested property was returned to Plaintiff).
Total Amount Paid: $ _____ (or) Describe property and method of return:
_____
_____

☐ **DENIAL OF CLAIM:**
I deny the plaintiff's claim and demand a ☐ hearing {or} ☐ jury trial*
* The claim must be for more than $750 (without fees & costs) to request a jury trial.

☐ **COUNTERCLAIM:**
I make the following counterclaim* against the plaintiff for $_____.
*Counterclaims must arise out of the same transaction or event as the plaintiff's claim.

I, Defendant, claim that on or about *(date)* _____, the above-named plaintiff owed me the amount claimed because _____
_____
_____, and
this amount is still due. If the amount is the value of property that you believe should be given to you, describe the property: _____
_____

Date: _____

_____
Name (Print)

_____
Address                    City/State/ZIP                Phone

Form 15.010.1e – DEFENDANT'S RESPONSE – UTCR 15.010(1)(e)          Case No. _____
Jackson 8/8/12

OJIN CODE: RN

Exhibit A
Page 5 of 5