IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SCOTT WILLIAMS,

        Plaintiff,                  1:12-cv-2034-CL

    v.                                **ORDER**

NCB MANAGEMENT SERVICES, INC.,

        Defendant.

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (#17), and the matter is now before me. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections to the report. Accordingly, I have reviewed the file of this case *de novo*. See 28 U.S.C. § 636(b)(1)(c); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981).

    I conclude the report is correct. Plaintiff argues the declaration of Ralph Liberio is an "incomplete document" and

1 - ORDER

should be disregarded. Liberio's declaration, however, is sufficient to demonstrate there is no dispute of material fact as to whether defendant obtained plaintiff's credit report pursuant to a review or collection of plaintiff's account. As noted in the report, the Fair Credit Reporting Act allows a debt collector to obtain a credit report to review or collect on a consumer's credit transaction. 15 U.S.C. § 1681(a)(3)(A).

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#17) is adopted. Defendant's motion for summary judgment (#5) is GRANTED.

IT IS SO ORDERED.

DATED this __17__ day of April, 2013.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER